**(ORAL ARGUMENT SCHEDULED FOR NOVEMBER 25, 2013)**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | : <br> : <br> : <br> : |
| Appellant, | : <br> :    NO. 12-5362 |
| v. | : <br> : |
| INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION AND SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION, | : <br> : <br> : <br> : <br> : |
| Appellees. | : |

_____:

**CONSENT MOTION TO DISMISS**

Pursuant to Fed. R. App. P. 42(b), appellant Commodity Futures Trading Commission moves to dismiss this appeal with prejudice. Appellees consent to this motion. Appellant and appellees further agree that each party will bear its own costs and fees.

                              Respectfully submitted,

                              Jonathan L. Marcus
                              *General Counsel*

                              Robert A. Schwartz
                              *Deputy General Counsel*

Mary T. Connelly
*Assistant General Counsel*

Ajay B. Sutaria
*Counsel*


/s/ Mary T. Connelly

Commodity Futures Trading Commission
1155 21st Street, N.W.
Washington, D.C. 20581
(202) 418-5866
mconnelly@cftc.gov

## CERTIFICATE OF SERVICE

I certify that on this 5th day of November 2013, I filed and served the foregoing document on all parties and amici via this Court's CM/ECF electronic filing system.

/s/ Mary T. Connelly